IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD JERRELL INMAN,                     No. CIV S-08-2217-CMK-P

       Petitioner,

  vs.                                                        ORDER

KENNETH CLARK,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 3, 2008, petitioner filed a request to amend his petition to include an attached memorandum of points and authorities. The request is granted and the court will consider the attached memorandum as part of the original petition filed on September 19, 2008. No separate amended petition need be filed. The court sua sponte extends the due date for respondent's response to the petition. The response is due within 60 days of the date of this order.

       IT IS SO ORDERED.

DATED: November 12, 2008

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE