IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, | No. CIV S-08-2217-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KENNETH CLARK, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed an application for leave to proceed in forma pauperis (Doc. 14). Because the court granted petitioner's prior applications (see Doc. 7), the current application is denied as unnecessary and duplicative.

IT IS SO ORDERED.

DATED: December 5, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE