IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, | No. CIV S-08-2217-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KENNETH CLARK, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for "summary judgment" (Doc. 21).  Petitioner argues that he is entitled to a judgment in his favor because respondent has defaulted by not filing a timely response to the petition.  Because a response is not due until March 30, 2009 (<u>see</u> order at Doc. 19), respondent is not in default and petitioner's motion is denied.

      IT IS SO ORDERED.

DATED: February 19, 2009

                                                    /s/ Craig M. Kellison
                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE