IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD JERRELL INMAN,** | CIV S-08-2217-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **KENNETH CLARK,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before May 14, 2009.

DATED: April 1, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE