IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, | No. CIV S-08-2217-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KENNETH CLARK, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for clarification (Doc. 37) of the court's June 25, 2009, order.  In the June 25th order, the court denied petitioner's motion at Doc. 34, which the court construed as a motion for extension of time to file a traverse, as unnecessary because a traverse had already been filed.  In the instant motion for clarification, petitioner informs the court that, rather than seeking an extension of time, he was seeking leave to file an over-sized traverse.  Good cause appearing therefor, the request is granted.  The traverse and exhibits filed on June 15, 2009, is properly before the court and this matter stands submitted on the merits.

/ / /

1 |     Accordingly, IT IS HEREBY ORDERED that:

2 |     1.    Petitioner's motion for clarification (Doc. 37) is granted; and

3 |     2.    The June 25, 2009, order is clarified and amended in that the court grants petitioner's request to file an over-sized traverse.

DATED: July 6, 2009

                                                                                                                                          */s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE