IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, | No. CIV S-08-2217-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KENNETH CLARK, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the written consent of all parties, this case was before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). Final judgment was entered on July 6, 2010, and reconsideration was denied on July 23, 2010. Petitioner appealed and, on February 21, 2012, the Ninth Circuit Court of Appeals denied petitioner's request for a certificate of appealability.

  Prior to filing his notice of appeal, petitioner filed a document entitled "Objection to Memorandum Opinion and Order by Magistrate Judge and Request for Rehearing by District Judge" (Doc. 45). The request for rehearing by a District Judge was not separately noted on the court's docket and, therefore, not addressed by the court as a pending request at the time it was

1

1 | filed. In any event, the request for rehearing is improper because the parties consented the
2 | Magistrate Judge jurisdiction for all purposes. As a result, no District Judge was assigned to this
3 | case. Further, the Ninth Circuit Court of Appeals has terminated petitioner's case by way of
4 | denying his request for a certificate of appealability, which moots any request for rehearing.
5 |     Accordingly, IT IS HEREBY ORDERED that petitioner's request for rehearing
6 | (Doc. 45) is denied and this file shall remain closed.

 DATED: March 14, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE